UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BLINCOW,<br><br>        Plaintiff,<br><br>   v.<br><br>MILLERCOORS, LLC,<br><br>        Defendant. | No. 2:16-cv-01771-KJM-AC<br><br>FIRST AMENDMENT<br>TO THE SCHEDULING ORDER |

        The parties jointly request to amend the discovery and dispositive motion cutoff dates. ECF No. 10. Good cause appearing, the court amends the schedule as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | Sept. 4, 2017 | Nov. 23, 2017 |
| Dispositive Motions Hearing Cutoff | Jan. 12, 2018 | Motions filing deadline is Jan. 12, 2018; hearing cutoff is now Mar. 23, 2018 at 10:00 a.m. |
| Joint Pretrial Statement | May 4, 2018 | June 22, 2018 |
| Final Pretrial Conference | May 18, 2018 | July 13, 2018 at 10:00 a.m. |
| Trial Briefs Due | June 8, 2018 | TBD at pretrial conference |
| Trial | June 25, 2018 | TBD at pretrial conference |

The scheduling order otherwise remains unchanged.  *See* ECF No. 7.

      IT IS SO ORDERED.

DATED:  August 2, 2017.

                                     UNITED STATES DISTRICT JUDGE