1  John A. McGuinn (SBN 36047)
   jamcguinn@mhpsf.com
2  Jeanette A. Vaccaro (SBN 287129)
   jvaccaro@mhpsf.com
3  McGuinn, Hillsman & Palefsky
   535 Pacific Avenue
4  San Francisco, California 94133
   Telephone: (415) 421-9292
5  *Attorneys for Plaintiff*
   ***BRUCE BLINCOW***
6

7  JAMES Y. WU, SB# 213090
   jwu@wucastillo.com
8  CLAUDIA J. CASTILLO, SB# 215603
   ccastillo@wucastillo.com
9  Wu Castillo, P.C.
   3100 Oak Road, Suite 100
10 Walnut Creek, California 94597
   Telephone: (925) 658-0300
11 Facsimile: (925) 954-6551

12
   Raymond M. Deeny, Colo. SB. #8683
13 RDeeny@shermanhoward.com
   Brooke A. Colaizzi, Colo. SB. #34936
14 bcolaizzi@shermanhoward.com
15 Sherman & Howard L.L.C.
   633 Seventeenth St., Ste. 3000
16 Denver, CO  80202
   Telephone:  (303) 297-2900
17 Facsimile:  (303)298-0940
18 *Attorneys for Defendant*
   ***MILLERCOORS LLC***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BLINCOW,<br><br>  Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 2:16-CV-01771-KJM-AC<br><br>**SECOND STIPULATION AND ORDER TO MOVE THE DISCOVERY CUTOFF AND DISPOSITIVE MOTION DATES** |

1

WHEREAS, Plaintiff, Bruce Blincow ("Plaintiff") and Defendant, MillerCoors LLC ("Defendant") (collectively "the parties"), agreed to delay several depositions in this matter as a result of the wildfires in Northern California, which impacted the schedules and priorities of counsel.

WHEREAS the Parties have cooperatively identified new dates for which to notice these outstanding depositions.

WHEREAS the parties and Court previously agreed to a modified briefing schedule on dispositive motions allowing the party opposing the motion four (4) weeks to file opposition papers, and the moving party two (2) weeks to file reply papers in support of the motion.

WHEREAS the scheduled date for discovery to be completed is November 23, 2017.

WHEREAS the scheduled last day to file dispositive motions is January 12, 2018.

WHEREAS the last date for dispositive motions to be heard is March 23, 2018.

WHEREAS the pre-trial conference is set for July 22, 2018.

WHEREAS the trial date is to be determined at the pretrial conference.

THEREFORE IT IS HEREBY STIPULATED that:

1. All discovery shall be completed by December 22, 2017.

2. The last day to file dispositive motions is February 12, 2018.

3. The last date for dispositive motions to be heard is April 20, 2018.

DATED: October 19, 2017  SHERMAN & HOWARD L.L.C.
Attorneys for Defendant MILLERCOORS LLC

By: */s/ Brooke A. Colaizzi*
BROOKE A. COLAIZZI

DATED: October 19, 2017  McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff BRUCE BLINCOW

By: */s/ Jeannette A. Vaccaro*
JEANNETTE A. VACCARO

2

McGuinn, Hil
& Palefsk
535 Pacific A
San Francisco, C
(415) 421-9

## ORDER

IT IS SO ORDERED THAT:

1. All discovery shall be completed by December 22, 2017.
2. The last day to file dispositive motions is February 12, 2018.
3. The last date for dispositive motions to be heard is April 20, 2018.
4. The pre-trial conference is set for July 13, 2018 at 10:00 a.m.

DATED: October 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation And [Proposed] Order To Move The Discovery Cutoff and Dispositive Motion Dates. In compliance with General Order 45.X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: October 19, 2017

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff BRUCE BLINCOW

By: */s/ John A. McGuinn*
JOHN A. MCGUINN

McGuinn, Hil
& Palefsk
535 Pacific A
San Francisco, C
(415) 421-9

4

STIPULATION AND ORDER TO MOVE DISCOVERY CUTOFF & MOTION DATES
CASE NO. 2:16-CV-01771-KJM-AC